STATE of Missouri, Respondent,

v.

Robert M. GOODWIN, Appellant.

WD 76330

Missouri Court of Appeals,
Western District.

ORDER FILED: October 28, 2014

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Margaret M. Johnston, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

**Order**

Per Curiam:

Robert Goodwin challenges his convictions for first-degree assault, armed criminal action, and third-degree assault. Goodwin argues that the trial court erred in admitting certain hearsay statements at

trial. Finding no error, we affirm. Rule 30.25(b).